UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

ROBERT E. DONALDSON,

                                    Plaintiff,

                                                              DECISION AND ORDER

                                                              09-CV-6293L

                    v.

MICHAEL J. ASTRUE, Commissioner of
SOCIAL SECURITY,

                                    Defendant.

_____


        By motion (Dkt. #7) filed July 16, 2009, plaintiff, now represented by counsel, moves to

vacate the judgment (Dkt. #6) entered in this case dismissing the complaint.  The motion is granted;

the judgment dismissing the complaint is hereby vacated.  Plaintiff is directed to file an amended

complaint within fourteen (14) days of entry of this decision and order.

        IT IS SO ORDERED.


                                    _____
                                          DAVID G. LARIMER
                                       United States District Judge


Dated: Rochester, New York
        August 14, 2009.